IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HECTOR ERNESTO URIARTE,

        Petitioner,                No. CIV S-09-3417 GGH P

    vs.

F. GONZALEZ, et al.,

        Respondent, et al.,     <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus.  On December 23, 2009, the court recommended that this action be dismissed as frivolous and ordered the Clerk of the Court to assign a district judge to this action.  On December 28, 2009, petitioner consented to the jurisdiction of the undersigned.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The December 23, 2009, order directing the Clerk of the Court to assign a district judge is withdrawn based on petitioner's December 28, 2009, consent to the jurisdiction of the undersigned;

/////

/////

/////

1

1          2. For the reasons stated in the December 23, 2009, findings and

2   recommendations, this action is dismissed.

3   DATED: January 6, 2010

4                                          /s/ Gregory G. Hollows

5   _____
                      UNITED STATES MAGISTRATE JUDGE

6

7   ur3417.vac

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26