IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HECTOR ERNESTO URIARTE,

    Petitioner,                      No. CIV S-09-3417 GGH P

    vs.

F. GONZALEZ, et al.,

    Respondents.                ORDER

_____/

        On January 14, 2010, petitioner filed a motion for the appointment counsel (no. 16). This action was closed on January 7, 2010. Petitioner's filing does not appear to be one contemplated by the Federal Rules of Civil or Appellate Procedure. Therefore, this document will be placed in the file and disregarded.

        IT IS SO ORDERED.

DATED: February 2, 2010

                                            /s/ Gregory G. Hollows
                                            UNITED STATES MAGISTRATE JUDGE

ur3417.58

1